Adeyinka Dawodu

50460 August Dr.

Macomb, MI 48044

February 12, 2021

Dear Judge,

I am writing this letter in support of my "son" Adewale Anthony Adewumi. Although he is not my biological son, but I call him son and he calls me "mom". I am actually his mentor that identified his strong academic capabilities and decided to mentor and sponsor him to come and study abroad. Adewale showed me his academic capabilities as well as his respectful, helpful and diligent nature.

I was never disappointed by his academic performance. He was always in Academic Excellence and Dean's list with GPA 4.0 in the freshman and sophomore years. That made it easy for me to seek transfer for him to Texas, where he could get scholarships and tuition waivers for his academic achievements as we always struggled to pay the high tuition rate every semester. We were usually behind in payment one semester. We would find funds to pay the previous semester so as stay enrolled in current the current semester. This was quite a learning experience for me as a mentor and sponsor. It left an emotional impact on me as I did not envisage that kind of stress when all I wanted is to create better opportunities for those who otherwise would not have been able to reach their full potentials.

In spite of all the financial stress, Adewale continued to excel academically and we were looking forward to his graduation in May of 2019. In fact, he only had one course left to take in the spring semester of 2019. He was invited to many honor societies and I was so proud of his achievements. So, it was a great shock to hear of his apprehension. I am not sure of the why, when and what happened along the way, but I am still surprised about the charges. I sank into a big depression thinking maybe all the tuition pressure might have contributed to him succumbing to peer-pressure. But whatever mistake he has made, He is still my "son", I still believe in him and his good character and that he can still have a successful life here in the USA and can contribute to better lives for others as I dreamed; but ONLY if given a second chance.

He was planning to apply to Law school. We originally envisaged him joining the Coast Guard when he can and contributing his quota to the system. All these plans can still come into fruition ONLY if you give him a chance Sir. I implore you Sir, to please be lenient with his sentencing so that he can resume a normal life soon starting with finishing up the 3 or 4 courses left for his bachelor's degree (He was not able to write his finals in December 2018, So, he needs to retake those classes).

After two years of being away from his family and his dreams, I am sure he regrets the pain that has inflicted upon us and others. He has learnt a big lesson which can only make him a better person, determined to make a success of his life, and make himself and everyone that believes in him proud. Thank you for your kind consideration.

Sincerely,

Mrs. Adeyinka Dawodu, MBA, CPA, CMA