February 8, 2021

Letter of Personal Reference for Adewale Anthony Adewumi

Dear Your Honor:

I am writing this letter of personal reference on behalf of my Son-in-Law, Adewale Anthony Adewumi.

I have known Wale, that's what I call him, for roughly 5 years. My daughter and Wale traveled, by Van, from Farmington Hills, Michigan to Wichita Falls, Texas where he was transferring to another University to finish his undergraduate degree. Wale married my daughter, Dannielle Lyane, at a private ceremony in Dallas, Texas the summer of 2017. He did a remarkable job taking care of himself and my daughter. He is a Phenomenal young man that studied with a 3.8 GPA in college, a hard worker, and his mannerism is perfect for my daughter. We have a beautiful relationship and I felt super confident that he would do an excellent job working together with my daughter to have a fantastic marriage and relationship.

I was very astonished to hear of the crime Wale was accused of, due to his personality. His imagination must have gotten the best of him…. I know that there may have been some stress with going to college and still trying to be a provider, but he is a smart young man. I am sure he is sorry for his crime also very remorseful for what he's done.

I hope that after Wale is sentenced, he will continue to grow up, work hard, complete his education, and his marriage will continue to grow stronger with my daughter. I want him to become a Winner and be on his way to become a great husband, outstanding citizen, incredible son-in-law and a real Trooper. He will need to start over, figure it out, and be strong to become a better man. I am a person of Faith and believe in the Almighty God and that he has a plan for all of us…. Wale's plan will begin again when he is released, and I trust there will be Leniency given unto him by Your Honor.


Best Regards,



Diana L. Bowman