February 10, 2021

Dear Your Honor,

I pray this letter appeases you and the Court on behalf of my husband, Adewale Anthony Adewumi.

My husband and I met in the spring of 2015. He was in Michigan, where I am from, visiting his family. Wale and I dated long distance for a little over a year before we decided to move to Texas together for him to finish up his undergraduate degree in Criminal Justice. Wale has always been hard working. He provided for himself and me, all while maintaining a 3.8 GPA.

My husband would be considered by friends, family, and colleagues, a very standup Guy. Wale was raised in a loving two parent home with 8 other siblings. Always looking out for others, Wale would make sure everyone he knew was doing fine, by consistently calling them, or visiting with them, and always asking if they needed anything before he left, or before hanging up on the phone.

Wale is an ambitious young man. He is goal driven, caring, witty, and smart. I always joke with him that his love for reading and writing, will make him a number one selling Author one day; and with all the letters written, and emails sent back and forth from him over the past two years, he definitely already has a head start….

As his wife, I was very surprised when Wale was arrested and charged with the crime. I do believe it was out of his character. Especially considering that Wale has never had a criminal record prior or any run-ins with the law. I believe the excitement and sometimes stress of him being in the States and being on his own, while having to provide for himself and I and juggling school, got the best of him. I do believe my husband is remorseful. We always talk about the things we wish we could change; but while we can't change our past, we definitely can decide our future.

Wale and I have talked about our next steps in life. His first plan is to finish his undergraduate degree with only 3 classes left until graduation. He would also love to establish his own business of some sort. Despite the circumstances, Wale is an amazing husband and man. Incarceration has changed him, and he has a positive future outlook on life. I pray that you have Compassion and Mercy on sentencing day.

With gratitude,

Dannielle Bowman