## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                     Case No.: 1:18−cr−00818
                                                     Honorable John Robert Blakey

Adewale Anthony Adewumi, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 19, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Sentencing hearing held on 3/19/2021. Defendant Adwale Anthony Adewumi (7) present via video conferencing by agreement with the assistance of defense counsel. The court takes the parties' offense level objections under advisement, and the parties shall meet and confer on the issue of restitution amounts. Video sentencing hearing continued by agreement 2:00 p.m. on 4/7/2021. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 571−353−2300 and the call−in ID is 682914365. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.