UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADEWALE ANTHONY ADEWUMI | 18 CR 818-7<br><br>Hon. John R. Blakey |

**AGREED MOTION FOR JOINT AND SEVERAL RESTITUTION**

Pursuant to Title 18, United States Code, Sections 3663(a)(3) and 3664(h), along with paragraph eleven of defendant's plea agreement, the government moves the Court to order that defendant's restitution amount will be joint and several with any subsequent judgment against Daniel Samuel Eta to be entered in this case.

Defendant was sentenced by this Court on April 7, 2021. At the hearing, pursuant to the parties' agreement, the Court ordered restitution in the amount of $501,947.76, to be distributed to the victims in the spreadsheet provided to the Court.

As set forth in the plea agreement and the presentence investigation report, co-defendant Daniel Samuel Eta was the leader of the charged scheme and provided direction to defendant with the regard to the victim funds that were deposited into his account which are the subject of the restitution order. At the hearing, the parties did not address joint and several liability for restitution, but agree that Adewumi's restitution judgment should be joint and several with Eta. Accordingly, the Judgement in this case should reflect that defendant will receive credit for any payments made by Eta toward the same victims, in the event Eta is convicted and ordered to pay restitution.

1

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Charles W. Mulaney*
CHARLES W. MULANEY
PETER S. SALIB
Assistant U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 469-6042

Dated: April 22, 2021